# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Brian Keith Daniels,

    Plaintiff

v.

Las Vegas Metropolitan Police Department, et al.,

    Defendants

Case No.: 2:18-cv-00588-JAD-PAL

**Order Adopting Report and Recommendation, Denying Pauper Application, and Dismissing Case**

[ECF Nos. 1, 5]

Pro se plaintiff Brian Keith Daniels is an inmate at the Ely State Prison. He brings this civil-rights action and applies to proceed *in forma pauperis*, but his pauper application is incomplete. Magistrate Judge Peggy Leen reviewed the application, came to the same conclusion, and recommends that I deny it and dismiss this case without prejudice. Judge Leen issued her report and recommendation on July 12, 2018, making July 26, 2018, the deadline to file objections. That deadline has come and gone, and Daniels has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Leen's report and recommendation **[ECF No. 5] is ACCEPTED and ADOPTED.** Daniels's pauper application **[ECF No. 1] is DENIED**, and this case is **DISMISSED**.

The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

Dated: August 1, 2018

                                                    U.S. District Judge Jennifer A. Dorsey

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).